# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE WESTERN GLAZIERS RETIREMENT FUND; BOARD OF TRUSTEES OF THE DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND; INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5,<br><br>      Plaintiffs/Judgement Creditors,<br>vs.<br><br>GARY VAN VALKENBURG aka GARY VANVALKENBURG, an individual; GARY VAN VALKENBURG dba A R O GLASS COMPANY, a sole proprietorship; WESTERN SURETY CO, a South Dakota Corporation; DOES & ROES I-X,<br><br>      Defendants/Judgment Debtors. | Case No.: 2:21-mc-00027-RSM-MLP<br><br>ORDER OF DISMISSAL |

Plaintiffs/Judgment Creditors, BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE WESTERN GLAZIERS RETIREMENT FUND; BOARD OF TRUSTEES OF THE DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND; INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5 ("Plaintiffs" or "Trusts"), by and through their counsel of record, have moved the Court for Order to Dismiss Gary Van Valkenburg aka Gary Valvalkenburg, an individual and Gary Van Valkenburg dba

ORDER OF DISMISSAL

1

A R O Glass Company, a sole proprietorship. Dkt. #10. The judgment balance has been paid in full. *Id.* Given the nature of this miscellaneous action seeking a judgment debtor exam of the above individual and given the Court's Order to Show Cause, Dkt. #9, the Court interprets this Motion as seeking dismissal of this miscellaneous action.  Because no other party has appeared in this case, the Court need not wait for responsive briefing.

Given all of the above, the Court GRANTS Plaintiffs' Motion, Dkt. #10, and DISMISSES this miscellaneous action. This case is CLOSED.

DATED this 10th day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL